IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA RAMOS,<br><br>   *Plaintiff*,<br><br>v.<br><br>TIMOTHY MCVEY and MARY MCVEY,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 16-00932 |

## ORDER

  **AND NOW**, this 24th day of August, 2016, upon consideration of Plaintiff Gina Ramos's ("Ramos") Motion for Partial Summary Judgment (ECF No. 9), Defendants Timothy and Mary McVey's Response (ECF No. 11) and Ramos's Reply (ECF No. 12), it is hereby **ORDERED** that the motion is **DENIED**.

              BY THE COURT:

              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J.